RECEIVED
IN LAKE CHARLES, LA
OCT 16 2014
TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| LISA MARIE PETERS, | * CIVIL ACTION NO. 2:12-cv-2821 |
| Plaintiff, | * |
| v. | * JUDGE MINALDI |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | * |
| Defendant. | * MAGISTRATE JUDGE KAY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

For the reasons stated in the Report and Recommendation [Doc. 16] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the Commissioner's decision should be **REVERSED** and **VACATED** and the matter **REMANDED** for a new hearing pursuant to the fourth sentence of 42 U.S.C. § 405(g) for another hearing.

**IT IS FURTHER ORDERED** that upon remand, the ALJ is instructed to comply with HALLEX I-2-7-30 and HALLEX I-2-7-35B and proffer any post-hearing evidence, including the consultative examination report from Dr. R. Dale Bernauer, to plaintiff and/or plaintiff's attorney. The ALJ is further instructed to update the treatment evidence on plaintiff's medical

condition, further evaluate plaintiff's impairments and residual functional capacity, and obtain additional vocational expert testimony if necessary.

Lake Charles, Louisiana, this 7 day of Oct., 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

2