RECEIVED
IN LAKE CHARLES, LA.

DEC 10 2015

TONY R. MOORE, CLERK
BY_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| LISA MARIE PETERS, | * | CIVIL ACTION NO. 2:12-cv-2821 |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | JUDGE MINALDI |
| UNITED STATES COMMISSIONER, | * | |
| SOCIAL SECURITY | * | |
| ADMINISTRATION, | * | |
| | * | |
| Defendant. | * | MAGISTRATE JUDGE KAY |

*******************************************************************

## ORDER

For the reasons stated in the Report and Recommendation [Doc. 22] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's Motion for EAJA Fees [Doc. 19] be and hereby is **GRANTED** and that the plaintiff be awarded fees and costs of $5,717.25 under the Equal Justice Act.

Lake Charles, Louisiana, this 7 day of _____, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE